UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| VALERIE MCDONALD | : | |
| | : | Case No. 2:23-cv-01553-APG-VCP |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MRS BPO, LLC | : | |
| | : | |
| Defendant. | : | |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Valerie McDonald and Defendant MRS BPO, LLC, hereby stipulate and agree that this case should be dismissed without prejudice and without attorney's fees and costs to either party.

_____
Valerie McDonald
9004 In Vogue Court
Las Vegas, NV  89149
valeriecmcdonald@gmail.com
Pro Se Plaintiff
Dated:  April 5, 2024

Tel: 215-501-7002
mlittman@kaufmandolowich.com
Attorney for Defendant MRS BPO, LLC
Dated:  April 5, 2024

/s/ Monica M. Littman
MONICA M. LITTMAN, ESQUIRE
(Pro Hac Vice)
Kaufman Dolowich LLP
1650 Market Street, Suite 4800
Philadelphia, PA  19103

IT IS SO ORDERED:

Dated: April 8, 2024     1

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE